IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 6 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| JANE DOE<br>[Location Redacted]<br><br>Plaintiff,<br><br>v.<br><br>SAFWAT HASSAN SIDDIG<br>14554 Bisbee Court<br>Woodbridge, VA 22193<br><br>KAWTHAR HASSAN SULIMAN<br>A.K.A. KAWTHAR SIDDIG<br>14554 Bisbee Court<br>Woodbridge, VA 22193<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 10 1256<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER PERMITTING PLAINTIFF TO PROCEED ANONYMOUSLY**

Having considered the Plaintiff's Motion to Proceed Anonymously, and good cause appearing therefore, it is hereby ORDERED Temporarily AND ADJUDGED THAT the Plaintiff in this matter may proceed anonymously, pending further review by the assigned judge, either sua sponte or upon motion.

DATED: 7/26/10        BY: Royce C. Lamberth