# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JANE DOE,

      Plaintiff,

v.

SAFWAT HASSAN SIDDIG, *et al.*,

      Defendants.

Case No. 1:10-cv-01256 (CKK)

**Motion for Entry of Consent Protective Order**

Plaintiff Jane Doe respectfully submits this motion for entry of a Consent Protective Order concerning the handling of deposition transcripts containing the true name of Ms. Doe in this matter. The Consent Protective Order is quite limited in scope, applying only to the dissemination of Ms. Doe's true name and specifically with respect to deposition transcripts. On July 26, 2010, this Court granted temporarily Ms. Doe's Motion to Proceed Anonymously in this case. (Docket #2). That order remains in effect. The Consent Protective Order merely provides a mechanism to enforce this Court's earlier order and automatically terminates if the Court dissolves its earlier order allowing Ms. Doe to proceed anonymously.[1] Defendants have consented to the Consent Protective Order and to this motion. Ms. Doe respectfully requests that the Court enter the Consent Protective Order.

---

[1] Ms. Doe is aware that if this case were to proceed to trial, her true name would be revealed publicly. However, during the discovery stage of this litigation, Ms. Doe requests that the Court continue to allow her to proceed under pseudonym for the reasons detailed in her July 23, 2010 Motion to Proceed Anonymously (Docket #1).

Dated: May 31, 2011                         Respectfully submitted,

By:_____/s/_____
   Martina E. Vandenberg (DC Bar No. 476685)
   David Z. Moskowitz (DC Bar No. 994469)
   JENNER & BLOCK LLP
   1099 New York Ave., N.W., Suite 900
   Washington, D.C. 20001
   (p) 202-639-6000
   (f) 202-639-6066
   mvandenberg@jenner.com
   dmoskowitz@jenner.com

   *Counsel for Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of May, 2011, I electronically filed the foregoing Motion for Entry of Consent Protective Order using the CM/ECF system and have separately sent via electronic mail a copy of the foregoing to Alfredo Acin, counsel for Defendants Safwat Siddig and Kawthar Suliman.

                                                 /s/
                                      Martina E. Vandenberg (DC Bar No. 476685)
                                      JENNER & BLOCK LLP
                                      1099 New York Ave., N.W., Suite 900
                                      Washington, D.C. 20001
                                      (p) 202-639-6000
                                      (f) 202-639-6066
                                      mvandenberg@jenner.com