**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>SAFWAT HASSAN SIDDIG, *et al.*,<br><br>        Defendants. | Case No. 1:10-cv-01256 (CKK) |

**Defendants' Status Report as to the Pending Motion to Dismiss**

Pursuant to this Court's May 31, 2011 Amended Scheduling & Procedures Order and its June 8, 2011 Minute Order[1], Defendants Safwat Siddig and Kawthar Suliman respectfully submit this Status Report regarding the Defendants' previously filed and presently pending Motion to Dismiss.

As requested by this Court's May 31, 2011 Order at 5, Defendants' present counsel wishes to adopt, in its entirety, the Motion to Dismiss that was filed by Defendants' prior counsel on January 21, 2011.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Alfredo Acin (DC Bar No. 994987)
                                            Law Offices of Lewis & Associates, P.C.
                                            6066 Leesburg Pike, Fourth Floor
                                            Falls Church, Virginia 22041-2234
                                            (p) 202-639-6000
                                            (f) 703-425-6300
                                            aacin@lewisatlaw.com
                                            *Counsel for Defendants*

---

[1] Due to a misunderstanding Counsel for Defendants was unable to comply with the June 7, 2011 filing deadline, and apologizes to this Court for any confusion and inconvenience that this may have caused.

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 8, 2011, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Martina E. Vandenberg, Esquire
David Z. Moskowitz, Esquire
JENNER & BLOCK LLP
1099 New York, Ave., N.W., Suite 900
Washington, D.C. 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
mvandenberg@jenner.com
dmoskowitz@jenner.com
*Counsel for Jane Doe*

          _____/s/_____
          Alfredo Acin
          D.C. Bar Number: 994987
          Law Offices of Lewis and Associates, P.C.
          6066 Leesburg Pike, Fourth Floor
          Falls Church, Virginia 22041
          Tel.: (703) 912-3100
          Fax: (703) 425-6300
          aacin@lewisatlaw.com
          *Counsel for Safwat Hassan Siddig and Kawthar Siddig*