UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>SAFWAT HASSAN SIDDIG, and<br><br>KAWTHAR HASSAN SULIMAN, a.k.a. KAWTHAR SIDDIG,<br><br>    Defendants. | Civil Action No. 10-01256 (CKK) |

ORDER
(September 27, 2011)

The Court has been informed that the parties in the above-captioned action have reached a settlement in principle. Accordingly, it is, this 27th day of September, 2011, hereby

**ORDERED** that this action shall be DISMISSED effective October 3, 2011; the dismissal shall be *without* prejudice until November 7, 2011—should counsel fail to move to extend the deadline or to reopen this action by November 7, 2011, the matter shall, without further order, stand dismissed *with* prejudice; it is further

**ORDERED** that the Court's [38] Order dated September 12, 2011, is VACATED insofar as it required Defendants to serve and file their Answer to the [16] First Amended Complaint by September 28, 2011; Defendants are not required to serve and file their Answer unless and until otherwise ordered by the Court; it is further

**ORDERED** that the Hearing scheduled for October 14, 2011, at 11:30 a.m., for the purpose of ascertaining counsel is VACATED; it is further

**ORDERED** that the Status Hearing scheduled for November 2, 2011, at 9:30 a.m., for the purpose of discussing further proceedings is VACATED; and it is further

**ORDERED** that the Clerk of the Court shall mail two (2) copies of this Order to Defendants at their address of record:

> **Safwat Hassan Siddig**
> 14554 Bisbee Court
> Woodbridge, VA 22193
>
> **Kawthar Suliman**
> 14554 Bisbee Court
> Woodbridge, VA 22193

**SO ORDERED.**

_____
**BERYL A. HOWELL**
United States District Judge
*Sitting as the Motions Judge Under Local Civil Rule 40.8*

2